FILED 1 MAR '23 10:23USDC-ORP

# UNITED STATES DISTRICT COURT DISTRICT OF OREGON

ANDREW BARNETT,

PLAINTIFF,

V.

CASE NO.

3:23-cv-00302-AA

DEPUTY COOK, SGT. REDDING,

LT. BITTICK, SHERIFF GARTON,

and "PIGEONLY" MAIL VENDOR

CIVIL RIGHTS

COMPLAINT WITH

JURY DEMAND

THIS IS A CIVIL RIGHTS ACTION FILED BY ANDREW BARNETT, A PRETRIAL DETAINEE, FOR DAMAGES AND INJUCTIVE RELIEF UNDER 42 U.S.C 1983, ALLEGING ABRIDGEMENT OF MY FREEDOM OF SPEECH, MY RIGHT TO ASSEMBLE AND MY RIGHT TO CORRESPOND WITH FAMILY

AND FRIENDS IN VIOLATION OF THE 1ST AMENDMENT TO THE UNITED STATES CONSTITUTION; AND FOR USING A 3RD PARTY MAIL VENDOR TO RESTRICT AND CENSOR MY PRIVILEGED, AS WELL AS GENERAL CORRESPONDENCE IN VIOLATION OF MY DUE PROCESS RIGHTS AS A PRETRIAL DETAINEE.

## JURISDICTION

THE COURT HAS JURISDICTION OVER MY CLAIMS OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. 1331 AND 1343.

## PARTIES

1. THE PLAINTIFF, ANDREW BARNETT, WAS IN PRETRIAL STATUS AT POLK COUNTY JAIL ("POLK CO.") DURING ALL EVENTS DESCRIBED IN COMPLAINT.

2. DEFENDANT COOK IS A POLK COUNTY JAIL DEPUTY EMPLOYED AND SUPERVISED BY DEFENDANT SHERIFF GARTON.

3. DEFENDANT REDDING IS A PLOK COUNTY JAIL SGT. EMPLOYED AT POLK COUNTY JAIL BY AND THROUGH DEFENDANT GARTON.

MAIL. AGAIN I TALKED TO DEFENDANT COOK, WHO AGAIN TOLD ME I WOULD BE LUCKY TO "EVER GET PERSONAL MAIL IN POLK COUNTY, LET ALONE IN LESS THAN 30 DAYS..." WHEN I ASKED WHY NOT? DEFENDANT COOK STATED: "WELL, BETWEEN PIGEONLY AND YOU ROCKING THE BOAT WITH YOUR GRIEVANCES..."

9. SHORTLY AFTER THESE EVENTS, I FILED MY GRIEVANCE-APPEAL. I WAS CALLED DOWN TO THE BOOKING AREA AND UNCERAMONIUSLY THREATENED BY DEFENDANT REDDING. HE STATED: "IF YOU DONT DROP YOUR GRIEVANCE AND STOP MAKING WAVES, IM GOING TO MAKE YOUR TIME HERE IN POLK COUNTY VERY FUCKING UNCOMFORTABLE..."

10. RIGHT AFTER DEFENDANT REDDING THREATENED ME/AND DENIED MY APPEAL I FILED ANOTHER APPEAL, THIS TIME, TO DEFENDANT LT. BITTICK. WHO RESPONDED BY QUOTING CASE LAW THAT DID NOT PERTAIN WHATSOEVER TO PRE-TRIAL DETAINEES AND THERE DUE-PROCESS RIGHTS. I ALSO WROTE DEFENDANT BITTICK A CONFIDENTIAL NOTE STATING MY FEARS THAT DEPUTY COOK AND/OR SGT. REDDING WERE THREATENING TO RETALEATE AGAINST ME. TO WHICH HE IGNORED.

11. ON 2/5/2023 I CONTACTED "PIGEONLY" AND ADVISED THEM VIA TEXT AND E-MAIL THAT ON 2/8/2023, 2/11/2023, AND 2/14/2023, AS

4. DEFENDANT LT. BITTICK IS THE JAIL LIEUTENANT IN CHARGE OF DAY TO DAY JAIL OPPORATIONS IN POLK COUNTY.

5. DEFENDANT GARTON IS THE SHERIFF OF POLK COUNTY AND CHARGE OF ALL RULES AND POLICIES RELIVENT TO PRE-TRIAL DETAINEES AS WELL AS THE MAIL PRACTICES.

6. " PIGEONLY" IS THE 3RD PARTY MAIL VENDER HIRED BY DEFENDANT GARTON.

## FACTS

7. ON 1/29/2023 I REQUESTED TO TALK TO A DEPUTY CONCERNING MY MAIL. AN HOUR PRIOR MY WIFE TOLD ME ON THE TELEPHONE SHE SENT ME LETTERS ON 1/22/2023, 1/23/2023, AND 1/24/2023. I TOLD THE DEPUTY, DEFENDANT COOK, THAT I WAS MISSING 3 LETTERS FROM MY WIFE FOR A WEEK. HIS RESPONSE WAS: "YOUR IN POLK COUNTY JAIL, YOU'LL BE LUCKY TO RECIEVE ANY MAIL IN LESS THAN 30 DAYS..." I FILED A GRIEVANCE; WHICH WAS DENIED.

8. ON 2/5/2023 I AGAIN SPOKE TO MY WIFE, WHO INFORMED ME THAT MY MOTHER HAD SENT ME LETTERS ON 2/1/2023, 2/3/2023, AND, 2/5/2023. AND THAT MY SON HAD SENT LETTERS ON 2/7/2023, 2/9/2023, 2/11/2023, AND 2/13/2023. I STILL HAD NOT RECIVED ANY

WELL AS ALL OF THE DATES ABOVE I DID NOT RECIEVE ANY MAIL. THEY RESPONDED WITH DATE STAMPED COPIES OF WHEN MY MAIL ARIVED AT THE JAIL (SEE EXHIBIT 1).

12. ON 2/21/2023 I SENT A E MAIL TO THE SHERIFF, DEFENDANT GARTON STATING: "THIS IS MY LAST LEVEL GRIEVANCE APPEAL. IVE DONE DEPUTY, CPL., SGT., LT., CAPT., NOW YOU. IVE BEEN IN YOUR JAIL 38 DAYS AND YOUR STAFF WONT GIVE ME MY INCOMING MAIL. NOW THEY ARE THREATNING TO RETALIATE OVER ME GRIEVING IT. LET THE EXHAUGHSTING OF MY REMODIES SERVE AS NOTICE OF MY INTENT TO BRING A LAW SUIT AGAINST YOU, YOUR STAFF AND THIS 3RD PARTY 'PIGEONLY."

13. THE FOLLOWING DAY I REQUESTED ACCESS TO THE JAIL LAW LIBRARY. I WAS TOLD (PER SGT. REDDING AND LT. BITTICK) I "HAD NOTHING COMING" UNTIL I DROPPED OR WITHDREW MY MAIL GRIEVANCE.

## CLAIMS FOR RELIEF

14. THE ACTIONS OF DEFENDANT COOK DENYING ME MY MAIL CLERLY VIOLATES THE 1ST AMENDMENT LAWS AGAINST ABRIDGING

MY FREEDOM OF SPEECH AND MY RIGHT TO COMMUNICATE WITH MY FRIENDS AND FAMILY. FURTHER MORE, DEFENDANT COOKS ACTS OF THREATENING AND TRYING TO MAKE ME DROP MY GRIEVANCES AT A MINIMUM DENY ME DUE-PROCESS, AND AT A MAXIMUM SHOW DILIBRATE INDIFFERENCE TO ME AND MY RIGHTS. AWARD DAMAGES OF $1,000 AGAINST DEFENDANT COOK.

15. THE ACTIONS OF SGT. REDDING IN DENYING MY MAIL ALSO VIOLATED THE 1ST AMENDMENT. HIS DENYING ME ACCESS TO THE LAW LIBRARY IN RETALIATION FOR THE ABOVE VIOLATED MY 6TH AMENDMENT RIGHT TO AN UNIMPEDED CRIMINAL DEFENSE. AWARD $5,000 AGAINST DEFEDANT REDDING.

16. THE ACTIONS AND INTENTIOS OF LT. BITTICK AND SHERIFF GARTON WERE AND STILL ARE TO PUNISH ME. UNDER THE DUE PROCESS CLAUSE, PRE-TRAIL DETAINEES CANNOT BE PUNISHED. BOTH DEFENDANT BITTICK AND GARTONS TREATMENT OF ME SHOWS TREATMENT WHICH IS UNCONSTITUTIONALLY PUNITIVE; THERE FOR INTENDED TO PUNISH. AWARD $10,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS BITTICK AND GARTON.

17. THE MISSION STATEMENT ON PIGEONLY.COM STATES MAIL GETS SENT TO INMATES/DETAINEES 24 HOURS AFTER ITS SENT/ARIVES. TO DATE I AM MISSING 15 PERSONAL LETTERS, 6

BOOKS, AND 12 NEWS PRINT PUBLICATIONS; BEING WITHHELD UNTIL I, AS THE SGT. STATED "STOP ROCKING THE BOAT..." THESE ACTIONS VIOLATE RIGHTS THAT ARE INDEPENDENTLY PROTECTED BY PROCEDURAL DUE PROCESS; AND PIGEONLY, ALONG WITH THE REST OF THE ABOVE DEFENDANTS ACTIONS IMPOSE ATYPICAL AND SIGNIFICANT HARDSHIPS ON ME IN RELATION TO MY LIFE AS A PRETRIAL DETAINEE. ISSUE AN INJUNCTION ORDERING PIGEONLY AND POLK COUNTY JAIL TO GIVE ME MY MAIL AND PUT A POLICY IN PLACE SO THIS MISCARRIGE OF JUSTICE DOES NOT CONTINUE.

18. GRANT SUCH OTHER RELIEF AS THE COURT DEEMS PLAINTIFF IS ENTITLED.

2/27/2023
DATE

ANDREW BARNETT



Andrew Barnett
POLK CO. JAIL
850 Main Street
Dallas, OR 97338

LEGAL MAIL

United States Courthouse
*OFFICE OF THE CLERK*
1000 S.W. 3rd AVE
Portland, OR 97204

97204$2937 C002