IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREW BARNETT,

    Plaintiff,

    v.

DEPUTY COOK, *et al.*,

    Defendants.

Civ. No. 3:23-cv-00302-AA

JUDGMENT

This case is DISMISSED without prejudice.

DATED: 4/12/2023

    Melissa Aubin, Clerk

    By   /s/ C. Kramer
            Deputy Clerk

1 –JUDGMENT